February 16, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

VINCE CASIMIR AND ASPEN PREMIER ASSETS, LTD., Appellant

NO. 14-12-00023-CV             V.

FRONTERA ENERGY, LLC, Appellee

_____

       Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 6, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

       We further order that all costs incurred by reason of this appeal be paid by VINCE CASIMIR AND ASPEN PREMIER ASSETS, LTD.

       We further order this decision certified below for observance.